PATTERSON, P. J., McLAUGHLIN, HOUGHTON and SCOTT, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.

---

LOUIS BAUER, Respondent, v. HENRIETTA M. PARKER, as Executrix, etc., of JOHN L. MACAULAY, Deceased, Defendant, Impleaded with CHARLES J. TOWNSEND and Others, as Executors, etc., of OCTAVIUS D. BALDWIN, Deceased, Appellants.

First Department, November 22, 1907.

See head note in *Bauer* v. *Hart* (*ante*, p. 41).

APPEAL by the defendants, Charles J. Townsend and others, as executors, etc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 16th day of September, 1907,

denying the said defendants' motion to dismiss the complaint herein as to them because of the failure of the plaintiff to prosecute.

*James C. Foley,* for the appellants.

*H. V. Rutherford,* for the respondent.

PER CURIAM:

The order appealed from is affirmed, with ten dollars costs and disbursements, for the reasons stated on the appeal in this action by the defendant George S. Hart et al. (122 App. Div. 41).

Present — PATTERSON, P. J., INGRAHAM, McLAUGHLIN, HOUGHTON and SCOTT, JJ.

Order affirmed, with ten dollars costs and disbursements.